# United States District Court
## Violation Notice

NP20154048

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW64 | 9060196 | K. Buckley | 966 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 10/30/2020 1500 | 36 CFR 2.2 (a)(2) |

Place of Offense: North Shore Dry Use

Offense Description: Factual Basis for Charge — HAZMAT ☐
Disturbing Wildlife : Feeding

77-00-00

### DEFENDANT INFORMATION

Last Name: Blu
First Name: C

Street Address: Mailing: PO Box 5003

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| SB03271 | OR | 12 | Miss Ferra | | S |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.— Forfeiture Amount
+ $30 Processing Fee
$ 130.— Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: **Refused**

Original - CVB Copy

*9060196*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 30**, 20 **20** while exercising my duties as a law enforcement officer in the **Western** District of **Washington**.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/05/2020**    Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/17/2020 15:11