1

2

3

4

5

6

7

In The District Court Of The United States

8

For Western District of Washington

9

10

Case # 3:20-po-06646-TLF

11

United States of America,

12

v.

MOTION TO CONTINUE TRIAL

13

C Blu (pro se),

14

15

16

I. Motion

17

18

Comes now, the defendant in this case to move the court to continue the scheduled

19

bench trial date currently on the calendar for June 9th, 2021; to reschedule the Trial for

20

not less not less than 60 days from the date of the filing of this motion.

21

22

This ought to be ample time to complete trial preparations, barring any unforeseen

23

delays in the delivery of the additional discovery sought by the defense.

MOTION TO CONTINUE TRIAL DATE - PAGE 1 of 2

C Blu (pro se)
Lovingdirt@gmail.com
(801) 432-0073

1                                    II. Argument

2

3        The defendant's request for a continuance of the Trial Date is to allow the defense

4        sufficient time complete discovery, to complete a thorough investigation, and to

5        consider any meritorious pre-trial motions that may need to be filed regarding this case

6        the federal government now brings against Mister Blu.  Among other things, the

7        defendant is seeking additional discovery from the government that is material to this

8        case, and thereby integral to effective representation.  Once the Government produces

9        the complete discovery requested, the Defense will need to interview the prosecution's

10       lead witness, in addition to a few witnesses the defense may call.

11

12                                   IV. Note

13

14       A bench trial is currently on the calendar, and is scheduled for June 9th, 2021.

15       Otherwise, the Defense'a motion would have been duly noted.

16

17       Semper Fidelis,

18       Signature ___by: s/ C Blu_____

19       Mister C Blu (Defendant, Pro Se)

20       Dated: June 1st, 2021

21       S.D.G.

22

23

MOTION TO CONTINUE TRIAL DATE - Page 2 of 2

C Blu (pro se)
Lovingdirt@gmail.com
(801) 432-0073