1

2

3

4

5                                    Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                        Plaintiff,          NO.  20-PO-6646

                v.

C BLU,                                      GOVERNMENT'S EXHIBIT LIST

                        Defendant.

    The following is a list of exhibits the United States may introduce at trial in the above-referenced matter:

    1.    Photo of car

    2.    Photo of Bird Blend

    3.    Photo of car bumper

    4.    Photo outside car, close-up

    5.    Photo outside car

    6.    Photo inside car

    7.    Body cam video

    DATED this 3rd day of June, 2021.

                                TESSA M. GORMAN
                                Acting United States Attorney

                                *s/ Barbara J. Sievers*
                                BARBARA J. SIEVERS
                                Assistant United States Attorney

GOV'S EXHIBIT LIST / C BLU - 1
20-PO-6646